UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IGOR KOLOMENSKY AND ELEANOR KOLOMENSKY | * | CIVIL ACTION NO. 21-1966 |
| | * | |
| VERSUS | * | JUDGE SUSIE MORGAN |
| | * | |
| SCOTTSDALE INSURANCE COMPANY | * * | MAGISTRATE JUDGE MICHAEL B. NORTH |
| | * | |

*******************************************************************************

## NOTICE OF 30(b)(6) CORPORATE DEPOSITION OF SCOTTSDALE INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Lake Charles Instruments, Inc. ("Plaintiff"), who, pursuant to the Federal Rule of Civil Procedure 30(b)(6), respectfully notices the deposition of defendant, Scottsdale Insurance Company ("Scottsdale"), to testify as to the following matters of inquiry on _____ ___, 2022 at 10:00 a.m. via electronic means by Zoom video conference and before a duly certified court reporter.

1. Scottsdale's policy, practice, and procedure of creating a claim's file, including all documents regarding and/or related to the processing, payment and/or denial of a claim.

2. Any and all claims handling manuals, guidelines, or any other documents used to instruct personnel on the claims handling and/or adjustment process.

3. Scottsdale's policy, practice, and procedure for hiring and/or employing claims representatives/adjusters/specialists.

1

4. Scottsdale's policy, practice, and procedure of training any and claims representatives/adjusters/specialists, and all other personnel involved in the claims processing and/or adjustment operation.

5. Scottsdale's policy, practice, and procedure of adjusting and processing Louisiana property damage claims.

6. Scottsdale's policy, practice, and procedure of initiating and using adjuster summaries and any and all other investigative reports in processing Louisiana property damage claims.

7. Scottsdale's document retention policy for or related to claims handling.

8. Scottsdale's complete and total chain of command of claims adjusting and processing.

9. Any and all adjuster's reports, engineer's reports, and all other reports commissioned by Scottsdale for the underlying claim.

10. Any and all decisions made on the insurance file for the insured petitioner in this litigation.

11. The method in which Scottsdale calculates depreciation for real property.

12. The method in which Scottsdale values damage to real property.

13. The use of pricelists contained in computerized estimating software, including, but not limited to: (a) who created the pricelists; (b) what the pricelists are based upon; (c) any supporting documentation for the pricelists; (d) any evaluation of the price for labor and construction materials within the boundaries of this Honorable Court; (e) method of training adjusters and claims representatives on the use of estimating software; (f) documents instructing adjusters and claims representatives on the use of the estimating software; (g) how the pricelists are maintained within Scottsdale; (h) any and all contracts

with the company which creates and/or maintains the pricelists; (I) any communications between Scottsdale and the company which supplies, creates, and/or maintains the pricelists; (j) the reasons for using the pricelists; (k) how much is paid for the use of the pricelists and/or the estimating software; (l) any communication within Scottsdale concerning the need to deviate in any way from the pricelists in the computer estimating software; (m) the procedure, if any, for an adjuster or claims representative to alter the pricelists in the computer estimating software; and (n) the existence of any "pricing department" in which Scottsdale assesses pricelists.

14. Scottsdale's policy, practice, and procedure for creating and maintaining an underwriting file.

15. Scottsdale's policy, practice, and procedure for setting a reserve for Louisiana property damage claims.

16. Scottsdale's policy, practice, and procedure for the use of emails in the course of adjusting Louisiana property damage claims.

17. Scottsdale's policy, practice, and procedure for evaluating a Louisiana contractor's estimate of damages.

18. Scottsdale's policy, practice, and procedure for determining the availability and calculation for overhead and profit.

19. Scottsdale's policy, practice, and procedure related to what constitutes a proof of loss.

20. Scottsdale's policy, practice, and procedure related to the timeliness of evaluating a proof of loss.

21. Scottsdale's policy, practice, and procedure related to the timeliness of evaluating a claim.

22. Scottsdale's policy, practice, and procedure for informing and/or advising claims representatives/adjusters/specialists of Louisiana law regarding claims handling and loss adjustment.

23. Scottsdale's policy, practice, and procedure for initiating a loss adjustment after any reported wind claim under an insurance policy issued by Scottsdale.

24. All documents produced in the discovery of this matter.

25. Scottsdale's policy, practice, and procedure for calculating and paying loss of use.

**RESPECTFULLY SUBMITTED:**

Galen M. Hair, La. Bar. No. 32865
Trent J. Moss, La. Bar No. 37406
**HAIR SHUNNARAH TRIAL ATTORNEYS, LLC.**
**d/b/a INSURANCE CLAIM HQ**
**d/b/a INSURANCE CLAIM LAWYERS, INC.**
4621 W. Napoleon Ave, Ste 204
Metairie, Louisiana 70001
Telephone: 504.684.5200
Facsimile: 504.613.6351
hair@hairshunnarah.com
moss@hairshunnarah.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2022 I have served all counsel of record via email correspondence.

_____
**Trent J. Moss, Esq.**